UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD TRACHTENBERG,<br>    Plaintiff,<br><br>                    v.<br><br>SMURFIT STONE CONTAINER CORP.,<br>    Defendant. | Civil Action No. 08-10249DPW |

### NOTICE OF WITHDRAWAL

Please accept this notice of the withdrawal of Allison K. Romantz as counsel for Defendant Smurfit Stone Container, Corp. in the above-captioned case. Attorney Romantz has left the undersigned firm and no longer represents Defendant. Defendant will continue to be represented by Tracy Thomas Boland.

Respectfully submitted,

SMURFIT STONE CONTAINER CORP.,

By its attorneys,

/s/ *Tracy Thomas Boland*
Tracy Thomas Boland (BBO# 638878)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666
tboland@morganbrown.com

Dated: May 26, 2009

1

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system on May 26, 2009 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including Plaintiff's counsel, Alfred Gordon, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108, and that to the best of the undersigned's knowledge and belief, there are no unregistered participants.

*/s/ Tracy Thomas Boland*
Tracy Thomas Boland